IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CR-00313-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
| v. | ORDER |
| CALVIN ALFONZA JORDAN, | |
|     Defendant. | |

These matters come before the court on a motion to be excused from court appearance filed by defense counsel, Andrew Brooks [DE 49], and Defendant's unopposed motion to extend the pretrial-motions deadline [DE 51].

In the motion to be excused, Mr. Brooks asserts that "lead attorney" Murdoch Walker "will be in attendance on December 7, 2021" for Defendant's scheduled arraignment; however, Mr. Walker's firm then filed a motion asking to extend the deadline for *pre*trial motions to a date *after* the arraignment. To rectify this inconsistency, the court will, in the interest of judicial efficiency, DENY AS MOOT Mr. Brooks' motion [DE 49] and continue the scheduled arraignment.

The court finds Defendant has demonstrated good cause for his request to extend the pretrial motions deadline for thirty days and, thus, the motion [DE 51] is GRANTED. Defendant shall be allowed until December 15, 2021 to file pretrial motions, and the Government shall file any responses to pretrial motions on or before December 30, 2021. Defendant's arraignment is continued until the January 4, 2022 term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned

by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 16th day of November, 2021.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE