Natalie Amadi
262-08 Hungry Harbor rd, Rosedale NY 11422
March 21, 2022

Dear Honorable Judge Richard E. Myers II:

My name is Natalie Amadi and I live and work in New York state. I am 56 years old and I am the sister-in-law of Calvin Jordan. I have known Calvin since my sister Deborah met him. She had never introduced a boyfriend to us so I knew right away he must be special. When I met him for the first time, I could easily tell why my sister liked him. He was the kindest, most considerate person I had met. He was extremely friendly but more importantly, you could see he really cared about people.

When they married, our family felt like we had gained another brother and not just an in law. He helped our elderly grandparents who lived near his parents, by going over and doing chores for them, on some weekends while he was stationed at Fort Bragg. He did things like moving stuff and assisting my sister in taking my grandfather, to his doctor. Our grandfather had been diagnosed with cancer. When he passed, it was Calvin along with my sister (Deborah) who were both there with him keeping us informed of his status. I remember thinking how grateful our family was because he stood by my sister and kept watch so those of us out of state could have updates on Grandad Hurley's condition.

Calvin and my sister welcomed me into their home to live. They had been stationed in Fort Ord, California and Calvin was constantly on duty, and my sister was expecting so I was able to help with babysitting after the birth of my nephew while my sister was recovering. They found daycare and soon my sister went back to work. I was able to find employment and make enough money to venture out on my own and I went back to New York. Not once did he ask for any compensation for rent, food or anything. He just treated me like his baby sister and always made me feel welcomed.

Years later when I found myself needing help with taking my own son

bullied, I reached out to my sister, and I asked Calvin if my son could stay with them for a time. He agreed immediately and my son Kalil was able to stay with them for a period. Calvin made sure Kalil was able to engage in the same activities as his own children. Kalil for the first time in his life even got to play on a basketball team which here in New York, he never imagined. Never during this entire time did Calvin demand any form of payment or compensation from me. I would send money and resources when I was able, and it eased my mind to know Kalil was there. I was so thankful for Calvin's kindness and willingness to help me and my son
Calvin is generous and giving, often inviting myself and other family members to family gatherings and trips. I always felt I could turn to him if ever I needed assistance. He always says that is what family is for when you try to thank him. He can treat people like they matter.

When I visit them, he is always welcoming and humble and ready to make you feel at home. On countless occasions while visiting them, I witnessed Calvin and his neighbor's doing fundraisers and things to help their neighborhood community. He's always making sure you have what you need when visiting him and my sister, but what really stands out is that when they visited with us in New York, that he continued to try to be helpful when he should have been relaxing. What I know and witness of Calvin is that he is hardworking, always willing to help and always kindhearted. I don't have to worry about my sister because I know he will make sure she is watched over and taken care of. Thank you kindly for allowing me to tell you what I know about Calvin. Calvin is a great Brother-in-Law.


Sincerely,

*Natalie Amadi*

Natalie Amadi



Dear Richard E. Myers,

My name is Edward Earle Beard, and I am the current commander of Veterans of Foreign Wars (VFW) Post 6018 in Fayetteville NC. I have a membership of over 1000 active duty and retired veterans to include Calvin A. Jordan.

I met him in the summer of 1998 when I was stationed at Ft. Bragg NC. We lived in Harris Place which is a housing subdivision on the west side of the city. It was there we established the Gentleman's Association to take care of our community. We started a neighborhood watch, purchased a new sign for our entrance, worked closely with the city to put in speed bumps, and a sidewalk to make it safe for our kids to walk to school. These things were accomplished while Calvin Jordan was the founding member of our organization. Just to name a few other things we did while under his leadership was, we took care of the yards for the older residents and single parents in the neighborhood, and we were mentors to the older kids in the community.

I also have the pleasure of working alongside Calvin Jordan at the VFW Post 6018. It is a Veteran service organization, and he is an asset to us because he gives so much time to veterans, family members of veterans, and the community. Some of our annual events that he regularly participates in are our Kids Easter Egg Hunt, Back to School Book Bag Giveaway, Kids Halloween party, Homeless and Hunger Stand Down, and our Thanksgiving and Christmas Dinner for the homeless. We have many other events that we participate in throughout the year for the city of Fayetteville and Fort Bragg. Whenever Calvin is needed, I can always count on him being there on time and ready to work.

I am very aware of the charges that Calvin Jordan is facing and I am very positive he will learn from this experience.

I sincerely hope that you consider this letter and the work he has done for veterans, the family members of veterans and the community before handing down any sentence.

Thank you,

Edward Beard

Commander

VFW Post 6018

910-624-0431

116 Chance Street,
Fayetteville, NC 28301
Telephone: 910-323-0756

February 20, 2022

Leonard Dixon
8408 Cartman Dr
Fayetteville, NC 28314
(910) 977-6335

Dear Honorable Judge E Myers II,

      My name is Leonard Dixon and I am the Community Watch Coordinator for the Harris Place community, Fayetteville N.C. where Mr. Calvin Jordan lives. I have known Calvin for over twenty years. My children and his children were very close friends and raised up together in this same neighborhood. He played a vital part in keeping our neighborhood cleaned and organized. Our neighbor consists of 20% military, 40% middle aged people and 40% elderly people.

      A group of us started an association for the neighborhood, so we can keep it clean and help the elderly with their needs. Calvin was the treasurer until we ended the program. During the time that he was in the position there was no issue with the account. Our community was new and we didn't have an entry sign, Calvin came up with the idea to get an entry sign for the community and we all joined him and got a sign for our community.

      Calvin was very enthusiastic about helping and maintaining our community to a standard. During several storm disasters, Calvin came to my home asking me can we get people out in the community to help the elderly. We fixed fences, put tarps on several roof tops, put siding on houses that had blown off. Calvin was chosen to monitor the damaged homes in the neighborhood.

      Calvin was instrumental in helping coordinating all of the neighborhood clean-ups where we had one person being captain of the street. Calvin's street was one of the most active streets of them all. The people that live on that street always told me that it is a pleasure working with him. He helped fight for sidewalks for the school so that children could walk safely to school.

      The neighborhood started a scholarship program for high school students that were going to college. Calvin sat on the board to monitor the program to make sure that it was fair for each student. He helped select the best essay that the students' wrote.

      Every Thanksgiving year I would organize a food drive for those in need. Calvin made sure that I collected his ham or turkey for the drive. He always thought about helping people and would go out of his way to help. When we were feeding the homeless once a month, he would always provide food items to cook. Sometimes he would volunteer to go downtown to help feed them.

Calvin always displays as a loving man and takes care of his family and his community. He put a lot of his personal time in caring for our neighborhood and looking out for the elderly. He was the first to offer transportation to the elderly to take them to their appointments or grocery shopping. A very unique person.

Calvin displays the potential to be a great citizen and become a model citizen to society. We thank him for his service to our community and the service of our Nation.

Sincerely,

Leonard Dixon

Lucresa J. Edwards
Concord, NC 28027


February 4, 2022


Re: Character Reference for Calvin A. Jordan


To: The Honorable Judge Richard E. Myers, II

My name is Lucresa Jordan Edwards and I am Calvin Alfonza Jordan's niece. I have known Uncle Calvin all my life as he is one of my father's younger brothers. Uncle Calvin is a very important person in so many people's lives. His largest level of importance is his nuclear family, where he is a husband, father, grandfather, and best friend. Uncle Calvin is additionally important to the rest of his family and friends. He maintains close contact with his siblings, extended family, and his 86-year-old mother, who is the matriarch of our Jordan family.

One of his most important attributes, is serving our country for 20+ years in the United States Army. During the time Uncle Calvin served, I have seen him stationed in different countries across the world as well as in different states across the U.S. When he was no longer actively serving in the Army, I saw Uncle Calvin continue to serve his military community and the community in which he lived. I have never seen a time when my Uncle chose not to serve for his community or his country.

Uncle Calvin has always been supportive and willing to help others. He has been fantastic with helping and leading volunteer services, supporting neighborhood clean-up opportunities, as well as helping others with lawn care, other needs, etc. Uncle Calvin's support is also evidenced by him helping me start my college career as I attended and graduated from a college near his home in Fayetteville, NC approximately 17 years ago. In addition to my parents, Uncle Calvin supported me and was always by my side during the years I lived near him and attending college. Along with also doing this for his children and other family members, Uncle Calvin attended each one of my academic graduations from high school, college, and beyond. With the help of my father, Uncle Calvin also helped me move into my first apartment as well as my first purchased home. If it hasn't been shown already, Uncle Calvin is and has been one of my best friends.

Uncle Calvin is a calm and quiet spirited person that is known for being non-argumentative. I love this trait about him because over the years of knowing him, I've seen Uncle Calvin try to avoid conflict with others. I have always felt that Uncle Calvin's heart was sometimes too big for his body because he always tries to help others with their needs when he is asked. Uncle Calvin has always been viewed as friendly to people he knows as well as to strangers. I have always experienced and watched him show good manners and respect to all. I love to hear him and some of the fellow neighborhood veterans speak about their military background and experiences,

which are very honorable. And seeing Uncle Calvin interact with family, whether we are playing a board game together, dancing and eating together, welcoming a new family birth, or preparing someone for holy matrimony is very exciting and complete when he is there smiling and having a great time.

I share this information about Uncle Calvin to show the type of person he is, his good character, and the person I have always known him to be. I have never seen or known Uncle Calvin to be a distrustful or disruptive person. While I know Uncle Calvin's case is before federal court, I have never known my uncle to have any dealings with any other court system, which speaks volumes about his character and not having a history of being a troublemaker. I pray Uncle Calvin is given an opportunity to remain in his community under least restrictive sanctions considering he is a first-time offender at the age of 64 years old.

Sincerely and Thank You,

Lucresa Jordan Edwards

Steven Edwards
Concord, NC 28027

February 2, 2022

Re: Character Reference for Calvin A. Jordan

To: The Honorable Judge Richard E. Myers, II

My name is Steven Edwards and I am the husband of Lucresa Edwards who is the niece to Mr. Calvin Jordan. I have known Mr. Jordan since 2010 and since that time he has been nothing but loving and welcoming to me and making me feel like family. I consider him a true uncle to me as well. In the length of time of knowing Calvin I have come to know of his sacrifices for his country and dedicated service to the United States Army. Calvin is a vital part to his community in Fayetteville, NC and volunteers in the community. During the time I've known Calvin, I have noticed that he is one of the most friendly and non-selfish people I have come to know. Calvin always looks out for others and is always willing to help. Calvin is also a loving family man especially when it comes to his mother, Mrs. Margie Jordan. He always speaks glowingly about his mother and takes care of her in anyway he can. I can remember every time the family has had a reunion, Calvin is always there to help with facilitating family events. Calvin Jordan is a genuine person and is a pleasure to be around. In speaking with Calvin over the phone he always asks about my son and if there is anything he can do. I can remember when I got married and my wife asked him to be a part of our wedding and he said yes without any hesitation and that speaks volumes to his character. After his retirement Mr. Jordan spoke about volunteering and continuing to give back to the military community any way he can, and he does volunteer work every week. Calvin is always eager to offer advice about any situation that may be going on. In the over ten years that I have known Mr. Jordan I truly feel that he is a genuine person and loving father, husband, brother, and vital part to his community.

Sincerely,

*Steven Edwards*

Steven Edwards

Date: 2 April 2022

Herbert Farrar
8416 Cartman DR
Fayetteville NC

Honorable Richard E. Myers II

Your Honor I am Herbert W. Farrar Retired MSG Sergeant, I Served 26 years in the United State Army, 18 years in the Federal Government. I am writing this Letter of character for Calvin Jordan. I have known MR Jordan for 20 years, he is a valuable member of the Community, He is a person that will do anything To help his fellow man, and neighbors. MR Jordan is a person that has served in US Army for over 20 years as a dedicated soldier. When I heard of this news of what happen to MR Jordan it was a shock and Disbelief to me because I have known MR Jordan to be trustworthy. I have collaborated with civilian contractors and no that you must honor all rules and policies. I understand he must be responsible for His Action. Me as citizen of the United States of America we all make mistake. This community need a person like MR Jordan, please accept my letter as an apology for my friend MR Jordan.

*[signature]*
Herbert W. Farrar
RET us Army

02/24/2022

02/24/2022

True Deliverance Ministry International

*925 Ellis St. Fayetteville, NC. 28305*

Pastor: Apostle Bobby D. Jordan

To: The Honorable Judge Richard E Myers II

I am writing this letter on behalf of Calvin Jordan, to confirm his character and behavior around Me, my wife and children and others in the community. I have observed him during the numerous visits to his home and he welcomed us with open arms. I have always seen them together, and there are times she will come or call seeking godly wisdom concerning their lives. He loves his wife and three children and has always been there for them. He teaches his children and grandchildren to respect and obey leadership, while ultimately trying to protect them like any Father would. He has worked hard to provide for his family, and it was because he joined the military it gave me courage to join the Army and support my wife and children. Although I did not retire from the military, I stayed in touch with Calvin over the years and when I came to him and revealed God was calling me to ministry, he just smiled and encouraged me to do what God was calling me to do, and not once did he allow anyone, whether friends or family to disrespect the path that I chose to walk and I love him for that. He had family cookouts and thanksgiving dinner with friends and always invited me and my family and honored God by allowing us to pray over the food and everyone that attended. For any further explanation, I can be reached at (910) 916-2562.

Respectively Presiding,

Pastor Apostle Bobby D. Jordan

*Apostle Bobby D. Jordan*

Deborah L. Jordan
8514 Cartman Drive
Fayetteville, NC 28314
March 1, 2022

Dear Honorable Judge Richard E. Myers II:

First and foremost, I would like to thank you for giving me the opportunity to tell you about my husband Calvin A. Jordan. My name is Deborah L. Jordan, I am 64 years old and I currently work for our local Public Library where I have been a Youth Services Library Associate for over 20 years. I have known Calvin since Middle School. We were classmates and have been together since High School. When I first met Calvin, I was impressed by how kind and caring he was. He was always so concerned and compassionate about other people and he always was very humble and giving. In fact, it was during this time that he became a source of help for my elderly grandparents by offering to help them with chores. As a teenager he was always very conscious of helping his family and others who needed assistance in one way or another. He drove the school bus and attended class and even found the time to participate in some sports. He was very conscientious of helping to do his part for his family and this stood out to me.

We later married and he joined the military. He continued to be the kind, loving and giving individual and I realized early on this was simply part of who he was and the man God intended him to be. He spent 20 years in the military and he was able to continue meeting new people and helping those in need. He was always there as both a mentor and as a person to talk to when his troops had concerns. Hi dedication to his job and serving his country was noteworthy. He only missed worked on one occasion and that was because he was forced to have surgery. On numerous occasions he got out of bed to go answer the calls and needs of the young soldiers he was responsible for. Calvin is the recipient of (3) Army Achievement Medals. (5) Army Good Conduct Medals, a National Defense Achievement Medal//Southeast Asia, with (1) Bronze Service Star, Non-Commissioned Officer's Professional Development Ribbon (3 awards), and a Kuwait Liberation Medal. He was a Patriot Missile Crew member for 15 years and he attended Basic Airborne Instruction to completion. He served his country with pride, dedication and honor. He endured many hardships, like being away from me and our young children, but it was his duty, and that meant a lot to him and it was and still is a source of pride in which he feels he was able to give back to our country through his service. During his active duty our family didn't have a lot of quantity time but we did have quality time and that meant the world to us. He received his Honorable Discharge and we relocated to Fayetteville, North Carolina.

As a husband, he has always been a reliable source for me to lean on. He has always been there for me during my many health issues, even while suffering with his own many health concerns. His dedication to being there for me during my numerous procedures is amazing. When I had one procedure during the mist of the Covid scare and the restrictions for allowing anyone but the patient being in the hospital was in place, he waited outside, in his vehicle patiently while I went through my procedure. To this day he is there for me, and it is because of him and his service to our country that I can have medical care. He has been putting off his needs to make sure mine are met. Now he will finally be getting his hearing aid so he can better hear all the kind words and thoughts people have for him. Calvin is that father that eagerly dressed up and played Santa for years for our children while they were young. He was the unofficial Easter Bunny's Assistant every Easter. He made each of our children feel special on their birthdays and continues to do so to this very day. His attendance at sports and school events, like basketball, cheerleading, volleyball, football, baseball was countless. Calvin is that grandfather who painstakingly put together that mind boggling race track and yes, he was that grandfather who attended our granddaughter Paris's tea parties when she was little. He did all of this while working and taking on an active role as a caretaker for his elderly mother when his father passed. He assists her with chores around her home, helping her with her bills because she is on a fixed income. He even took out a loan to help save the family land and residence. Calvin is undeniably a kind, dedicated and giving soul. Regardless of social status, age or any other differences a person may have, to know Calvin is to know you have a friend for life. Anyone needing assistance, or who is suffering some hardship, or just down on their luck, he extends a helping hand. His knack for helping people extended to our neighborhood, his work, our county and beyond. In our neighborhood he has been extremely active. He helps the elderly and the needy and he was even a founding member of our community Gentlemen's Association. I watched him get up early every morning to go to work, rarely missing a days work, because he is a very dedicated, and responsible individual. Even though the job was demanding and a lot for one person, he just kept going, trying to do his best to get the job done.

The Gentlemen's Associate helps everyone in our community who needs assistance, from the elderly to the youth., and my husband thrives when helping others. He never demands anything in return but a smile and the knowledge that he is doing God's will by helping his fellow man. Even with all of the stress he is going through and with his declining health he faithfully helps out at the Dream Center, preparing food and administering food and clothing and other provisions for the Homeless. He is part of the Fab Four a small group of four individuals who show up consistently to assist with providing for the homeless and those individuals struggling and needing assistance. He faithfully attends the Manna Church who sponsors the Dream Center. He has a heart of gold that he shares with family, friends, co-workers and yes even strangers.

Calvin is a good, kind, hardworking man, and I know he is capable of being even more of a positive impact with his family and community.

Sincerely,

*Deborah Jordan*

Deborah Jordan

Ernest Leroy Jordan
2095 Hwy 37 South
Hobbsville, NC 27946

March 3, 2022

Re: Calvin Alfonza Jordan

Honorable Judge Richard E. Meyers, II

My name is Ernest L. Jordan and I am Calvin Jordan's oldest brother. I am 66 years old and the two of us have known each other for all our lives. Calvin is next to me in age and brotherhood, but we also have two younger siblings. Calvin has always been a very good brother to me.

He has always had a kind heart, whether it would be to travel home to help do work around our mother's house, helping to clean our family cemetery, or just to get together for a family cookout. My brother Calvin Alfonza Jordan would always help anyone that was in need if he could help.

My recommendation for my brother is to be put on house arrest. My heavenly Father has forgiven us all for our past, present, and future sins. The Bible Scripture of Isaiah 55:7 states, "Let the wicked forsake his way, and the unrighteous man his thoughts: and let him return unto the Lord, and he will have mercy upon him; and to our God, for he will abundantly pardon." Please give my brother the opportunity to continue volunteering and serving the Lord's sons and daughters as well as our brothers and sisters in the community.

I am thankful that God has already forgiven my brother, Calvin Alfonza Jordan, for all his sins.

Sincerely

Signature *[signed: Ernest Leroy Jordan]*

ERNEST LEROY JORDAN

Kayla Jordan
910-527-9594
Fayetteville, NC 28314

Dear Honorable Judge Richard E Myers II,

    My name is Kayla Jordan and Calvin Jordan is my father. I would like to start out saying that my dad is the best man I know. My dad has been with me every single stage of my life and continues to be the person I call for assistance or advice. My father is the type of person to attend all of my games and I had many. My dad put up a basketball goal in the backyard because we begged him to. He would play every single one of my sports with me and taught me to never be a sore loser and always win with grace. My father made sure our family had the necessities like a roof over our heads and food on the table. My dad made sure to make us a cake for our birthdays by hand every birthday. Thursdays was spaghetti day for the family and we all looked forward to his special spaghetti. He helped me learn to mow and tend the lawn. My dad taught me how to cook and make better spaghetti than he does. And now I love cooking because it reminds me of the meals my dad would make for us.

    My dad encouraged me to go to college and continues to root for me following my dreams. With his encouragement, I became the first one in the family to attend and graduate college. I watched my father take care of the family he created and the family he was born into and to this day he continues to make sure my grandmother has what she needs so she's not struggling while she's on a fixed income. I have seen my dad drop what he's doing to help a neighbor or friend that is in need. That is the type of person my father is: kind, generous, thoughtful and caring. In closing, I cannot express in words how grateful I am to have him as a father and the impact he has made, and continues to make in my life. I love my dad to the moon and back and I never had to question if he loved me the same because it showed in his actions.

Kind regards,

Kayla Jordan

*[signature]*

Case 5:21-cr-00313-M   Document 77-1   Filed 05/17/22   Page 15 of 17

Torrey Nowell
5616 Barbary Coast Dr
New Bern, NC 28560

March 1, 2022

Dear Honorable Richard E. Myers II:

    My name is Torrey Nowell, and I am writing you on behalf of Calvin Alphonso Jordan. Calvin Alphonso Jordan is my uncle; he is a man who has impacted me in my life. Uncle Calvin has always been a family man and has always been willing to reach out and offer a word of encouragement or even help when my brother or I was in need. Growing up, I have always looked up to my uncle because he served our country. Where I am from, you do not see a lot of positive black male role models. My uncle was that for me. My uncle has always been a helper and leader. Uncle Calvin leads in the community, and people appreciate that. I am currently the Head Football Coach at New Bern High School, and I could not be where I am at or accomplished the things I have in my life without my uncle. We are all humans, and sometimes we make mistakes that we wish we could take back. I am writing you because he needs to know that he is not alone, and I truly respect him as a man. I love my uncle, and so does my family. We stand with him.

Sincerely,

Torrey Nowell

*Torrey Nowell* (signature)

Vincent T. Smith
8506 Cartman Drive
Fayetteville, NC 28314

February 27, 2022

Dear Honorable Judge E Myers II,

I, Vincent T. Smith, herby testify to my relationship with my neighborly friend Mr. Calvin Jordan. I have known Mr. Calvin Jordan since he and his family moved to our neighborhood in August 1996. We became good friends who shared interests in almost everything. Mr. Jordan has been helpful, and still is, to our Harris Place community. He was appointed as the Treasurer for our community Harris Place Gentlemen's Association where he worked diligently to make sure that our community is taken care of.

Mr. Calvin Jordan's love for his family goes beyond measures. He does not miss a visit to his mother's birthdays who lives approximately four hours from his home. I have traveled with him and his family on several occasions to his mother's house, his nieces and nephews' weddings and birthdays, and even to his family reunions. Vice versa Mr. Jordan's family traveled with mine occasionally to Florida.

Mr. Calvin Jordan displays love and care to anyone without expecting anything in return. He would even take the shirt off his back and shoes off his feet to those in need without thinking twice about it. He loves helping anyone and people love to be around him.

In conclusion, Mr. Calvin Jordan is a man of good character. I appreciate you taking time in reading and considering of my character reference letter.

Sincerely,

*Vincent T. Smith*
Vincent T. Smith