IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00313-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN ALFONZA JORDAN,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's pro se motion for a sentence reduction [DE 126] and his counseled memorandum in support [DE 129]. Defendant seeks an order either reducing his term of imprisonment or commuting it to home confinement. [DE 129] at 1. However, Defendant was released from federal custody on July 19, 2024. *Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/?os=wtmb5utkcxk5refapp%3Famp_kit1 (last visited April 15, 2025); *see also* [DE 129] (advising that on July 19, 2023, Defendant's projected release date was January 31, 2025). The court lacks the ability to grant the requested relief, so the motion is DENIED AS MOOT.

SO ORDERED this 16th day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE